**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 1:25-cv-24428**

JUAN RESTREPO,

    **Plaintiff,**

v.

PROFESSIONAL PARKING MANAGEMENT CORPORATION,

    **Defendant.**

**DEFENDANT'S NOTICE OF REMOVAL**

PLEASE TAKE NOTICE THAT pursuant to 28 U.S.C. § 1441(a), Defendant Professional Parking Management Corporation ("PPM"), hereby removes this action from the County Court of the Eleventh Judicial Circuit in and for Miami-Dade Country, Florida to the United States District Court for the Southern District of Florida. In support of this Notice of Removal, Defendant Professional Parking Management Corporation avers as follows:

**PROCEDURAL HISTORY**

1. Plaintiff, Juan Restrepo ("Restrepo"), filed the removed case, *Juan Restrepo v. Professional Parking Management Corporation*, Case No. 2025-140799-SP-23, in the Small Claims Division of the County Court of the Eleventh Judicial Circuit in and for Miami-Dade Country, Florida, on August 28, 2025.  *See* Declaration of Colleen Smeryage, Esq. ("Decl.") at composite Ex. 1 [Civil Cover Sheet and Summons], for which a true and correct copy is attached hereto as Exhibit A.

2. On September 9, 2025, PPM accepted service of Restrepo's pleadings in the action. *See* Decl. at Ex. 2 [Acceptance and Waiver of Service of Process].

3. For his Statement of Claim, Restrepo alleges two causes of action that arise under the laws of the United States: (1) a claim that PPM has violated the Drivers Privacy Protection Act of 1994 ("DPPA"), 18 U.S.C §§ 2721-2725, and (2) a claim that PPM has violated the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§ 1692-1692p. *See* Ex. 3 [Statement of Claim].

4. Both of Restrepo's DPPA and FDCPA claims arise under the same common set of alleged facts. *Id.* In this regard, Restrepo alleges that PPM, in seeking to collect a bill for his failure to make payment for the use of a paid parking lot, in April 2025, obtained records of his vehicle's registration from the Florida Depart of Transportation in violation of the DPPA, and issued the related notice of request for payment in violation of certain requirements of the FDCPA.

5. While PPM has not yet filed a response to Restrepo's Statement of Claim, it disputes that it violated the DPPA and FDCPA in relation to its attempt to collect Restrepo's unpaid parking fee.

## GROUNDS FOR REMOVAL

6. The Court has jurisdiction for this removed action as an action arising under the original jurisdiction of the district courts of the United States, pursuant to 28 U.S.C. §§ 1331 and 1441(a), because the causes of action asserted by Restrepo are claims under federal law, 18 U.S.C § 2724 and 15 U.S.C. § 1692k. *See id.*

7. This district and division are the appropriate district and division for this action as Restrepo's claim was pending in the County Court in and for Miami-Dade County, Florida, when it was removed to this Court. *See* 28 U.S.C. § 1446(a); Decl. at Ex. 1.

8. The case has been timely removed as this Notice of Removal has been filed within 30 days of PPM's acceptance of service of process in the state court. *See* 28 U.S.C. § 1446(a); Decl. at Ex. 2.

9. After filing this Notice of Removal, PPM will promptly serve written notice of this Notice of Removal on counsel for all adverse parties and file the same with the Clerk of the County Court in and for Miami-Dade County, Florida in accordance with 28 U.S.C. § 1446(d).

10. True and correct copies of all process, pleadings, and orders served on PPM in the action pending in County Court in and for Miami-Dade County, Florida are attached hereto as Decl. Exs. 1-3.

## NON-WAIVER OF DEFENSES

11. By removing this action from the County Court in and for Miami-Dade County, Florida, PPM does not waive any defenses available to it and does not admit any of the allegations in Restrepo's Statement of Claim.

**WHEREFORE**, Defendant Professional Parking Management Corporation removes the above-captioned action from the County Court in and for Miami-Dade County, Florida to the United States District Court for the Southern District of Florida.

Dated: September 25, 2025

Respectfully Submitted,

*/s/ Colleen Smeryage*
Colleen Smeryage, Esq.
Florida Bar No. 100023
**FREEDMAN NORMAND FRIEDLAND LLP**
One SE 3rd Avenue, Suite 1240
Miami, FL 33131
Tel: (305) 924-2900
Fax: (646) 392-8842
Email: csmeryage@fnf.law

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was electronically filed with the Clerk of Court via the CM/ECF system, which will send Notice of such filing to all counsel of record.

*/s/ Colleen Smeryage*
Colleen Smeryage, Esq.