UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-24428-LEIBOWITZ

JUAN RESTREPO,
    *Plaintiff,*

v.

PROFESSIONAL PARKING
MANAGEMENT CORPORATION,
    *Defendant.*
_____/

**THIS CAUSE** is before the Court upon Defendant Professional Parking Management Corporation's Motion to Stay [ECF No. 9], filed on October 17, 2025. Defendant removed this action and sixteen (16) other related actions. [*See* ECF no. 6 at 2–3].

(1) *Berg v. Professional Parking Management Corp.*, No. 1:25-cv-24423-SMITH (S.D. Fla.), removed on September 25, 2025 [ECF No. 1].

(2) *Busto v. Professional Parking Management Corp.*, No. 1:25-cv-24425-DAMIAN (S.D. Fla.), removed on September 25, 2025 [ECF No. 1].

(3) *Ravens v. Professional Parking Management Corp.*, No. 1:25-cv-24427-SINGHAL (S.D. Fla.), removed on September 25, 2025 [ECF No. 1].

(4) *Restrepo v. Professional Parking Management Corp.*, No. 1:25-cv-24428-LEIBOWITZ (S.D. Fla.), removed on September 25, 2025.

(5) *Chin v. Professional Parking Management Corp.*, No. 1:25-cv-24479-ALTONAGA (S.D. Fla.), removed on September 30, 2025 [ECF No. 1].

(6) *Bramante v. Professional Parking Management Corp.*, No. 1:25-cv-24480-GAYLES (S.D. Fla.), removed on September 30, 2025 [ECF No.1].

(7) *Jimenez v. Professional Parking Management Corp.*, Case No. 1:25-cv-24481-SMITH (S.D. Fla.), removed on September 30, 2025 [ECF No. 1].

(8) *Altshuler v. Professional Parking Management Corp.*, No. 1:25-cv-24507-BLOOM (S.D. Fla.), removed on September 30, 2025 [ECF No. 1].

(9) *Angulo v. Professional Parking Management Corp.*, No. 1:25-cv-24509-ALTONAGA (S.D. Fla.), removed on September 30, 2025 [ECF No. 1].

(10) *Garcia v. Professional Parking Management Corp.*, No. 1:25-cv-24511-MARTINEZ (S.D. Fla.), removed on September 30, 2025 [ECF No. 1].

(11) *Mejia v. Professional Parking Management Corp.*, No. 1:25-cv-24521-GAYLES (S.D. Fla.), removed on October 1, 2025 [ECF No. 1].

(12) *Koscs v. Professional Parking Management Corp.*, No. 0:25-cv-61974-SMITH (S.D. Fla.), removed on October 1, 2025 [ECF No. 1].

(13) *Slater v. Professional Parking Management Corp.*, No. 0:25-cv-61977-SMITH (S.D. Fla.), removed on October 1, 2025 [ECF No. 1].

(14) *Mandalaywala v. Professional Parking Management Corp.*, No. 0:25-cv-61982-SMITH (S.D. Fla.), removed on October 1, 2025 [ECF No. 1].

(15) *Candido v. Professional Parking Management Corp.*, No. 9:25-cv-81225-MIDDLEBROOKS (S.D. Fla.), removed on September 30, 2025 [ECF No. 1].

(16) *Romero v. Professional Parking Management Corp.*, Case No. 9:25-cv-81228-CANNON (S.D. Fla.), removed on October 1, 2025.

A preliminary examination reveals that all cases are brought by the same counsel, seek similar relief, and allege Defendant violated the Drivers Privacy Protection Act of 1994 and the Fair Debt Collection Practices Act.  Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion to Stay [**ECF No. 9**] is **GRANTED**.

2. This case is STAYED pending resolution of the Motion to Remand and any motion to dismiss in *Berg v. Professional Parking Management Corp.*, No. 1:25-cv-24423-SMITH (S.D. Fla.).

3. The parties shall file joint status updates regarding the pending matter **every 60 days** beginning from the date of this Order.

4. The Clerk is DIRECTED to ADMINISTRATIVELY CLOSE this case for statistical purposes only, without prejudice to the substantive rights of any of the parties. Any party may move to reopen the case at the appropriate time; such motion must be accompanied by a proposed joint scheduling report.

**DONE AND ORDERED** in the Southern District of Florida on October 21, 2025.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record